**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-22008-UU

LAZARO FACIO,

    Plaintiff,

v.

F3 INTERNATIONAL
RESOURCES, INC., *et al*.,

    Defendant.

_____/

**<u>DEFAULT FINAL JUDGMENT</u>**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Final Default Judgment Against Defendants F3 International Resources, Inc. and Lorin M. Jacobson (the "Motion"). D.E. 16.  The Court granted Plaintiff's Motion in an order entered separately.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court now enters this separate final judgment.  Accordingly, for good cause shown, it is hereby

ORDERED AND ADJUDGED that final judgment is hereby entered in favor of Plaintiff Lazaro Facio and against Defendants F3 International Resources, Inc. and Lorin M. Jacobson, jointly and severally.  It is further

ORDERED AND ADJUDGED that a monetary judgment is entered in favor of Plaintiff Lazaro Facio and against Defendants F3 International Resources, Inc. and Lorin M. Jacobson, jointly and severally, in the amount of $99,891.00.  Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.  For which sum let execution issue.

DONE AND ORDERED in Chambers, Miami, Florida, this 31st__ day of August, 2020.

_/s/ Ursula Ungaro_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record